UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SOLA THOMAS and
CHARLES THOMAS                                                           PLAINTIFFS

V.                                   4:17CV00586 JM

DOLLAR RENT A CAR, et al,                                                DEFENDANTS

### ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendants are hereby dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement if necessary. All pending motions are moot and the trial scheduled for September 30, 2019 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of July, 2019.

_____
James M. Moody, Jr.
United States District Judge